# THORN GERSHON TYMANN AND BONANNI, LLP

ARTHUR H. THORN
JEFFREY J. TYMANN
MAUREEN S. BONANNI
PAUL D. JURELLER
KYLE N. KORDICH
KATHLEEN M. RYAN
MATTHEW H. McNAMARA
MANDY McFARLAND
MIA D. VAN AUKEN

ATTORNEYS AND COUNSELLORS AT LAW

5 WEMBLEY COURT, NEW KARNER ROAD
P.O. BOX 15054
ALBANY, NY 12212-5054
TELEPHONE (518) 464-6770
TELECOPIER (518) 464-6778
www.tglawyers.com
PLEASE RESPOND TO ALBANY OFFICE

RICHARD M. GERSHON
RETIRED

OF COUNSEL
ROBERT F. DORAN
ERIN MEAD
JOHN T. MITCHELL
ARETE SPIRO

July 25, 2014

**Via Electronic Filing**

Hon. Christian F. Hummel
U.S. Magistrate Judge
James T. Foley, U.S. Courthouse
445 Broadway
Albany, New York 12207

      Re:    Ranieri v. Adirondack Development Group, LLC, et a.
             Case No.:    1:11-CV-01013-GTS-DRH
             Our File No.:  PL7142

Dear Justice Hummel:

      I am writing to respectfully request a conference to discuss an expert witness substitution. On July 23, 2014, we met with plaintiff's construction expert Corey Lewandowski to prepare for his noticed deposition scheduled for Monday, July 28, 2014. At that time, Mr. Lewandowski advised that he could no longer serve as our expert due to family and business issues.

      Since Wednesday, we have been able to retain a new construction expert who is of the same opinion as Mr. Lewandowski. Plaintiff seeks to serve an amended expert disclosure substituting Mr. Lewandowski for a new expert, but with no change to the content of the expert opinion.

      Please advise if the Court is willing to schedule a conference to discuss this matter and entertain plaintiff's request.

      Thank you for your cooperation and assistance in this matter.

                                     Respectfully yours,

                                     THORN GERSHON TYMANN
                                     AND BONANNI, LLP

                                     Erin Mead

EM:cad